JOHN D. DUNLOP, Respondent, v. WILLIAM SIEVERS, Appellant.— Judg-
ment modified by striking therefrom the provision for the return to the
plaintiff of the stock certificate of Alco Film Corporation No. 2, for 10,000
shares, five written resignations of directors, certificates for 18,680 shares
of the treasury stock of said Alco Film Corporation, and the verified state-

ment of the $53,000 of Alco Film Corporation notes receivable; and inserting in place thereof a provision that the said certificates of stock, the resignations of directors and the statement of notes receivable be delivered to the defendant. As so modified, judgment affirmed, without costs. No opinion. Jenks, P. J., Mills, Putnam and Blackmar, JJ., concurred; Stapleton, J., dissented and voted for reversal.